

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| ALEJANDRO HERNANDEZ, | § | No. 08-18-00223-CV |
| Appellant, | § | Appeal from |
| v. | § | County Court at Law Number Seven |
| VICTOR VAZQUEZ, | § | of El Paso, Texas |
| Appellee. | § | (TC # 2017-DCV-0755) |

## **J U D G M E N T**

The Court has considered this cause on the record, and concludes the appeal should be dismissed for want of jurisdiction, in accordance with the opinion of this Court. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 23RD DAY OF NOVEMBER, 2020.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.